UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GRANT EUGENE BOERE,

Plaintiff,

v.

UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES et al.,

Defendants.

CASE NO. 3:26-cv-05695-DGE

ORDER DISMISSING CASE

Before the Court is the Parties' stipulated dismissal of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. No. 5.) Pursuant to the Parties' stipulation, this matter is DISMISSED without an award of costs or attorney fees to either party.

Dated this 17th day of August, 2026.

David G. Estudillo
United States District Judge